UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:09-cv-60073-WPD   (Dimitrouleas/Snow)

LETTY HERNANDEZ, on behalf of
herself and all others similarly situated,

    Plaintiffs,

vs.

STARBUCKS COFFEE COMPANY, a
foreign corporation, qualified to do
business in Florida as STARBUCKS
CORPORATION,

    Defendant.
_____/

## NOTICE OF WITHDRAWAL OF CONSENT TO BECOME PARTY PLAINTIFF

Plaintiff, LETTY HERNANDEZ, by and through undersigned counsel, hereby gives notice of the withdrawal of the Consent to Become Party Plaintiff of **Charles Krzewski**.

Dated:  April 18, 2011        Respectfully submitted,
       Boca Raton, FL

                                      *s/ Daniel R. Levine, Esq.*
                                      DANIEL R. LEVINE, ESQ.
                                      Fla. Bar No. 0057861
                                      E-mail: drlevine@sbwlawfirm.com
                                      SHAPIRO, BLASI, WASSERMAN & GORA, P.A.
                                      7777 Glades Road, Suite 400
                                      Boca Raton, FL  33434
                                      Telephone:   (561) 477-7800
                                      Facsimile:    (561) 477-7722
                                      Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/Daniel R. Levine*
DANIEL R. LEVINE, ESQ.

**SERVICE LIST**

Letty Hernandez v. Starbucks Coffee Company
Case No. 0:09-cv-60073-WPD   (Dimitrouleas/Snow)
United States District Court, Southern District of Florida

Daniel R. Levine, Esq.
E-Mail: drlevine@sbwlawfirm.com
Shapiro, Blasi, Wasserman & Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL  33434
Telephone:   (561) 477-7800
Facsimile:   (561) 477-7722
Counsel for Plaintiffs
*Via CM/ECF*

Adam S. Chotiner, Esq.
E-Mail: aschotiner@sbwlawfirm.com
Shapiro, Blasi, Wasserman & Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL  33434
Telephone:   (561) 477-7800
Facsimile:   (561) 477-7722
Counsel for Plaintiffs
*Via CM/ECF*

Ellen M. Leibovitch, Esq.
E-Mail: emleibovitch@sbwlawfirm.com
Shapiro, Blasi, Wasserman & Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL  33434
Telephone:   (561) 477-7800
Facsimile:   (561) 477-7722
Counsel for Plaintiffs
*Via CM/ECF*

Robin I. Frank, Esq.
E-Mail: rifrank@sbwlawfirm.com
Shapiro, Blasi, Wasserman & Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Telephone:   (561) 477-7800
Facsimile:   (561) 477-7722
Counsel for Plaintiffs
*Via CM/ECF*

Nathan J. Oleson, Esq.
E-Mail: noleson@akingump.com
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Ave., NW
Washington, DC  20036-1564
Telephone:   (202) 887-4000
Facsimile:   (202) 887-4288
Counsel for Defendant
*Via CM/ECF*

Daniel L. Nash, Esq.
E-Mail: dnash@akingump.com
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Ave., NW
Washington, DC  20036-1564
Telephone:   (202) 887-4000
Facsimile:   (202) 887-4288
Counsel for Defendant
*Via CM/ECF*

Juliet Gray, Esq.
E-Mail: jegray@akingump.com
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Ave., NW
Washington, DC  20036-1564
Telephone:   (202) 887-4000
Facsimile:   (202) 887-4288
Counsel for Defendant
*Via CM/ECF*

Susan N. Eisenberg, Esq.
E-Mail: susan.eisenberg@akerman.com
Akerman Senterfitt
1 S.E. 3rd Avenue, 25th Floor
Miami, FL  33131
Telephone:   (305) 374-5600
Facsimile:   (305) 374-5095
Counsel for Defendant
*Via CM/ECF*