UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60073-CIV-DIMITROULEAS/SNOW

LETTY HERNANDEZ, on behalf
of herself and all others similarly
situated,

    Plaintiff,

vs.

STARBUCKS COFFEE COMPANY,
a foreign corporation qualified to do
business in Florida as
STARBUCKS CORPORATION,

    Defendant.
_____/

### DEFENDANT STARBUCKS CORPORATION'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL CHARLES KRZEWSKI TO APPEAR FOR DEPOSITION (DE 206)

Rather than appear for a deposition that his counsel agreed to reopen, plaintiff Charles Krzewski has withdrawn from this litigation. (DE 217.) Plaintiffs have therefore argued that defendant Starbucks Corporation's motion to compel Krzewski to appear is moot. (*Id.*)

Starbucks agrees that it will not reopen Krzewski's deposition if he is no longer a party to this case. However, the company notes that as a "party plaintiff" to the litigation, *see* 29 U.S.C. § 216(b), Krzewski cannot voluntarily dismiss his claims at this juncture without the approval of the Court or the consent of Starbucks. *See* Fed. R. Civ. P. 41(a). Starbucks therefore requests that the Court rule on its motion to compel by entering an order approving Krzewski's dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(2) or 41(b). In the alternative, Starbucks requests that the Court approve Krzewski's dismissal on the condition that he reimburse Starbucks for fees and costs associated with deposing him and moving to compel his deposition if he reasserts

his claims against Starbucks in the future. *See, e.g., Versa Prods., Inc., v. Home Depot USA, Inc.,* 387 F.3d 1325, 1328 (11th Cir. 2004) (affirming grant of voluntary dismissal conditioned upon payment of fees and costs if plaintiff refilled litigation). These conditions are appropriate because Starbucks is entitled to be "protect[ed]… from the unfairness of duplicative litigation" by a party who withdraws from litigation after forcing his opponent to expend resources defending against his claim. *Id.*; *see also, e.g., Pontenberg v. Boston Scientific Corp.,* 252 F.3d 1253, 1260 (11th Cir. 2001) (district court did not abuse discretion in dismissing plaintiff's case with prejudice when imposition of condition of payment of costs upon refilling addressed prejudice to defendant).

Dated: May 2, 2011

Respectfully submitted,

/s/ Susan N. Eisenberg
Susan N. Eisenberg, Esq. (Fla. Bar No. 600393)
susan.eisenberg@akerman.com
AKERMAN SENTERFITT
1 S.E. 3rd Avenue
28th Floor
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (facsimile)

Daniel L. Nash
dnash@akingump.com
Nathan J. Oleson
noleson@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 887-4000
(202) 887-4288 (facsimile)

ATTORNEYS FOR DEFENDANT
STARBUCKS CORPORATION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Defendant Starbucks Corporation's Response to Plaintiffs' Notice of Objection to Subpoenas was electronically filed with the Clerk of the Court using CM/ECF this 2nd day of May 2011. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                  /s/ Susan N. Eisenberg
                                                  Susan N. Eisenberg, Esq.

{M3047952;1}

## SERVICE LIST

### CASE NO. 09-60073-CIV-DIMITROULEAS/SNOW

Daniel R. Levine, Esq.
Adam S. Chotiner, Esq.
Robin I. Cohen, Esq.
Shapiro, Blasi, Wasserman & Gora, P.A.
7777 Glades Road, Suite 400
Boca Raton, FL 33434
(561) 477-7800
(561) 477-7722 (facsimile)

Susan N. Eisenberg, Esq.
Fla. Bar No. 600393
susan.eisenberg@akerman.com
AKERMAN SENTERFITT
1 S.E. 3rd Avenue
28th Floor
Miami, FL 33131
(305) 374-5600
(305) 374-5095 (facsimile)

Daniel L. Nash
dnash@akingump.com
Nathan J. Oleson
noleson@akingump.com
Juliet Gray
jegray@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 887-4000
(202) 887-4288 (facsimile)

{M3047952;1}